AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the

OCT 2 2023 PM 1:51
FILED-USDC-WDTX-FW

Gabriel Salas
_____
Petitioner

v.

Case No. 4-23CV-1001P
_____
(Supplied by Clerk of Court)

Bill Waybourn
_____
Respondent
(name of warden or authorized person having custody of petitioner)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241
### Personal Information

1.  (a) Your full name: Gabriel Salas
    (b) Other names you have used: None
2.  Place of confinement:
    (a) Name of institution: Tarrant County Jail
    (b) Address: 100 North Lamar, Fort Worth TX 76196
    (c) Your identification number: #0565059
3.  Are you currently being held on orders by:
    ☐ Federal authorities    ☒ State authorities    ☐ Other - explain:

4.  Are you currently:
    ☐ A pretrial detainee (waiting for trial on criminal charges)
    ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
    If you are currently serving a sentence, provide:
        (a) Name and location of court that sentenced you: CDC #2
        (b) Docket number of criminal case: 1311578
        (c) Date of sentencing: 4-15-2022
    ☐ Being held on an immigration charge
    ☐ Other (explain): _____

### Decision or Action You Are Challenging

5.  What are you challenging in this petition:
    ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

Page 2 of 9

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☐ Pretrial detention
☐ Immigration detention
☐ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☒ Other *(explain)*: I was sentenced to 120 days for assault by in jail in jail after completion of the time

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: Tarrant County Jail
   
   (b) Docket number, case number, or opinion number: Case # 1311578
   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*: the guilty verdict
   
   (d) Date of the decision or action: 4-15-2022

## Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☐ Yes        ☒ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: NA
       
       (2) Date of filing: NA
       (3) Docket number, case number, or opinion number: NA
       (4) Result: NA
       (5) Date of result: NA
       (6) Issues raised: NA
   
   (b) If you answered "No," explain why you did not appeal: they said I plead guilty and I had no right to appeal

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes        ☒ No


(a) If "Yes," provide:
   (1) Name of the authority, agency, or court: N/A
   (2) Date of filing:
   (3) Docket number, case number, or opinion number:
   (4) Result:
   (5) Date of result:
   (6) Issues raised: N/A

(b) If you answered "No," explain why you did not file a second appeal: I had no right to appeal

9. **Third appeal**
After the second appeal, did you file a third appeal to a higher authority, agency, or court?
☐ Yes    ☑ No

(a) If "Yes," provide:
   (1) Name of the authority, agency, or court: N/A
   (2) Date of filing:
   (3) Docket number, case number, or opinion number:
   (4) Result:
   (5) Date of result:
   (6) Issues raised: N/A

(b) If you answered "No," explain why you did not file a third appeal: N-

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?
☑ Yes    ☐ No

If "Yes," answer the following:
(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
   ☐ Yes    ☑ No

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing: N/A
(4) Result:
(5) Date of result:
(6) Issues raised:

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
☐ Yes   ☑ No

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing: N/A
(4) Result:
(5) Date of result:
(6) Issues raised:

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: N/A

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☐ Yes   ☑ No

If "Yes," provide:
(a) Date you were taken into immigration custody: N/A
(b) Date of the removal or reinstatement order: N/A
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes   ☑ No

If "Yes," provide:
(1) Date of filing:
(2) Case number:     N/A
(3) Result:
(4) Date of result:
(5) Issues raised:

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes     ☒ No
If "Yes," provide:
(1) Name of court:
(2) Date of filing:
(3) Case number:     N/A
(4) Result:
(5) Date of result:
(6) Issues raised:

12. **Other appeals**
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☐ Yes     ☒ No
If "Yes," provide:
(a) Kind of petition, motion, or application:
(b) Name of the authority, agency, or court:     N/A
(c) Date of filing:
(d) Docket number, case number, or opinion number:
(e) Result:
(f) Date of result:     N/A
(g) Issues raised:

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** My 120 days have expired

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
On 4-15-2022 I was given 120 days of C.C.

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes      ☒ No

**GROUND TWO:** NA

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
NA

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes      ☐ No

**GROUND THREE:** NA

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
NA

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes      ☐ No

**GROUND FOUR:** NA

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

NA

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes     ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: NA

## Request for Relief

15. State exactly what you want the court to do: Release me from Jail

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

_____

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 9-25-2023          _____
                                  *Signature of Petitioner*


                          _____
                          *Signature of Attorney or other authorized person, if any*

Gabriel Solas #05656
100 N. Lamar
Fort Worth TX 76106

United States District Court Clerk
501 West Tenth St. Room #310
Fort Worth TX 76102

RECEIVED
OCT - 2 2023
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

