UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**GABRIEL SALAS,**

   Petitioner,

v.                      **No. 4:23-cv-1001-P**

**BILL WAYBOURN,**

   Respondent.

## FINAL JUDGMENT

Consistent with the order of dismissal signed this date, the petition of Gabriel Salas under 28 U.S.C. § 2241 is **DISMISSED** as frivolous.

**SO ORDERED** on this **19th day** of **October 2023.**

_____
Mark T. Pittman
UNITED STATED DISTRICT JUDGE